USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/12/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Josefina Guadalupe PANOJA ORTEGA ,

Petitioner,

-against-

Kenneth Genalo, ICE Field Office Director, New York; David Venturella,Acting ICE Director;Markwayne Mullin, DHS Secretary; US Dept of Homeland Security; US ICE,

Respondents.

26 Civ. 6897 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The Court is in receipt of Petitioner's application for a writ of habeas corpus under 28 U.S.C. § 2241. *See* ECF No. 1. Petitioner's transfer or removal to any location outside of this District, the Eastern District of New York, or the District of New Jersey is ADMINISTRATIVELY STAYED pending further order of the Court.

The Clerk of Court shall electronically notify the Civil Division of the U.S. Attorney's Office for the Southern District of New York of this Order. Counsel for Respondents shall promptly enter an appearance.

SO ORDERED.

Dated: August 12, 2026
New York, New York

ANALISA TORRES
United States District Judge